# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*San Angelo Division*

AMANDA McDANIEL

Plaintiff

v.

Nationwide Capital Services, LLC, et al.

Defendant

6:23-cv-00013-H

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Amanda McDaniel

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

none.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Amanda McDaniel
Jeffrey Wood
The Wood Firm, PLLC
Nationwide Capital Services, LLC d/b/a Structured Settlement
Western Surety Company

| | |
|---|---|
| Date: | Feb 2, 2023 |
| Signature: | Jeffrey D. Wood |
| Print Name: | Jeffrey D. Wood |
| Bar Number: | ARK: 2006164 |
| Address: | 209 Hubbard Dr. |
| City, State, Zip: | Heath, TX 75032 |
| Telephone: | 214-914-8374 |
| Fax: | 888-598-9022 |
| E-Mail: | jeff@jeffwoodlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons