IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| AMANDA McDANIEL<br>    PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | CASE NO. 6:23-cv-13 |
| | § | |
| NATIONWIDE CAPITAL SERVICES, LLC<br>d/b/a STRUCTURED SETTLEMENT, and<br>WESTERN SURETY COMPANY<br>    DEFENDANTS., | §<br>§<br>§<br>§<br>§<br>§ | |

## Joint Stipulation of Dismissal with Prejudice
## (as to Western Surety Company Only)

Plaintiff, Amanda McDaniel ("Plaintiff"), and Defendant, Western Surety Company ("Western"), file this *Joint Stipulation of Dismissal with Prejudice (as to Western Surety Company Only)*, and in support thereof would respectfully show:

1. Plaintiff and Western have resolved their differences regarding this matter. Accordingly, Plaintiff no longer desires to pursue her claims against Western in the above-styled and numbered lawsuit. Nationwide Capital Services, LLC d/b/a Structured Settlement remains in the case and is *not* being dismissed.

2. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties request the Court enter an order dismissing Plaintiffs' claims against Western only, with prejudice to the refiling of the same.

3. Plaintiff and Western further each agree to bear their own costs in connection with the dismissal.

Respectfully submitted,

| | |
|---|---|
| **THE WOOD FIRM, PLLC** | **COATS ROSE, P.C.** |
| By: */s/ Jeffrey D. Wood* <br>    Jeffrey D. Wood, Esq. <br>    ArkBN:  2006164 <br>    11610 Pleasant Ridge Rd. <br>    Suite 103 – Box 108 <br>    Little Rock, AR 72223 <br>    TEL:  682-651-7599 <br>    FAX:  888-598-9022 <br>    EMAIL:  jeff@jeffwoodlaw.com <br><br> *Attorneys for Plaintiff* | By: */s/ Nancy H. Hamren* <br>    Nancy H. Hamren <br>    State Bar No. 09549430 <br>    Steven G. Hamren <br>    State Bar No. 24099841 <br>    9 Greenway Plaza, Suite 1000 <br>    Houston, Texas 77046 <br>    Tel.: (713) 653-7362 (Direct) <br>    Fax: (713) 651-0220 <br>    Email:  nhamren@coatsrose.com <br>           shamren@coatsrose.com <br><br> *Attorneys for Defendant Western Surety Company* |