IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| AMANDA McDANIEL<br>PLAINTIFF, | § § § | |
| VS. | § § | CASE NO. 6:23-cv-13 |
| NATIONWIDE CAPITAL SERVICES, LLC<br>d/b/a STRUCTURED SETTLEMENT, and<br>WESTERN SURETY COMPANY<br>DEFENDANTS., | § § § § § § | |

## Agreed Order of Dismissal with Prejudice
### (as to Western Surety Company Only)

In accordance with the *Joint Stipulation of Dismissal with Prejudice (as to Western Surety Company Only)* filed by Plaintiff, Amanda McDaniel, and Defendant, Western Surety Company, it is hereby,

ORDERED that Plaintiff, Amanda McDaniel's, claims against Western Surety Company are hereby dismissed *with prejudice*. Plaintiff's cause of action against Nationwide Capital Services, LLC d/b/a Structured Settlement is not being dismissed and remains on this Court's docket.

All costs of court are to be borne by the party incurring same.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE