UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

AMANDA MCDANIEL,

     Plaintiff,

v.

NATIONWIDE CAPITAL SERVICES,
LLC d/b/a STRUCTURED
SETTLEMENT, et al.,

     Defendant.

No. 6:23-CV-013-H

**FINAL JUDGMENT**

By separate order (Dkt. No. 18), the Court granted the plaintiff's Motion for Default

Judgment against the defendant.  It is therefore ordered that the defendant is liable in the

amount of $7,212.00.  All relief not expressly granted is denied.

So ordered on September 4, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE